Corey COLES, Petitioner—Appellant,

v.

D.B. EVERETT; Gene Johnson; John Jabe, Respondents—Appellees.

No. 09–6232.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 30, 2009.

Corey Coles, Appellant Pro Se.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Coles appeals the district court's order dismissing without prejudice Coles's 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coles v. Everett,* No. 2:08–cv–00493–RGD–FBS (E.D.Va. Jan. 23, 2009). We deny Coles's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*